[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 1, 2006
THOMAS K. KAHN
CLERK

No. 05-16723
Non-Argument Calendar

_____

D. C. Docket No. 05-02978-CV-CAP-1

RANDAL HAWLEY,

Plaintiff-Appellant,

versus

BOARD OF REGENTS OF THE UNIVERSITY
SYSTEM OF GEORGIA,
d.b.a. The Georgia Institute of Technology,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(November 1, 2006)**

Before DUBINA, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Randal Hawley appeals the dismissal for frivolity of his employment

discrimination claims, on the basis that those claims were barred by the doctrine of res judicata, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Hawley argues that there was no res judicata bar to his complaint because he lacked a full and fair opportunity to litigate the issues in his previous employment discrimination suit, and thus, there had been no "final judgment on the merits" of that case. We have reviewed the record and are satisfied that Hawley's complaint merely restated claims that already had been adjudicated in a previous action and did not properly raise any new causes of action. Accordingly, the district court did not abuse its discretion by dismissing his action.

**AFFIRMED.**